# PITTA & GIBLIN LLP

120 Broadway, 28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Anne Marie Esposito**
Associate
Direct Dial: (212) 652-3833
aesposito@pittagiblin.com

June 18, 2013

**VIA ELECTRONIC FILING**

Honorable Dennis M. Cavanaugh, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: **I.U.O.E. Local 68 Annuity Fund, et al., v. Skyscraper Mechanical Services of New Jersey**
       **Civil Action No: 09-cv-3153**

Dear Judge Cavanagh:

  This Firm represents Plaintiffs, the I.U.O.E. Local 68 Annuity Fund, et al. (the "Funds" or "Plaintiffs"), in connection with the above-referenced matter. On June 4, 2013, the Court issued an Order to Show Cause requiring Defendant to appear on June 18, 2013 at 11:30 a.m. and show cause as to why Defendant and Mordechai Levy should not be held in contempt of court. This letter serves to inform the Court that the parties have agreed to adjourn the Order to Show Cause until July 1, 2013 so that Defendant may retain counsel. Thank you for your consideration of this matter.

            Respectfully submitted,

            PITTA & GIBLIN LLP

            Anne Marie Esposito

cc: Robert Schechter (via electronic mail)
   Skyscraper Mechanical Services of New Jersey (via regular and certified mail)
   Mordechai Levy (via regular and certified mail)

{00556707.DOCX / }